**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 15 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| In re: STEVEN EDWARDS. | No. 10-73880 |
|---|---|
| STEVEN EDWARDS, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (FRESNO), Respondent, MAURICE JUNIOUS, Real Party in Interest. | D.C. No. 1:10-cv-01456-OWW Eastern District of California, Fresno ORDER |

Before: LEAVY, TASHIMA, and BYBEE, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

**DENIED**.

MT/MOATT