1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN EDWARDS,                          Case No. 1:10-cv-01456 OWW JLT (PC)

12          Plaintiff,                        ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS
13      vs.
                                              (Doc. 19)
14   MAURICE JUNIOUS, et al.,

15          Defendant.

16   _____/

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action

18   pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant

19   to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On February 25, 2011, the assigned magistrate judge filed findings and recommendations

21   recommending that Plaintiff's requests for temporary restraining orders be denied.  (Doc. 19.)  The

22   assigned magistrate judge explained that Plaintiff failed to satisfy any of the legal prerequisites for

23   preliminary injunctive relief.  First, Plaintiff failed to demonstrate the likelihood of success on the

24   merits.  Second, Plaintiff failed to show that he would suffer irreparable harm in the absence of

25   preliminary relief.  And third, Plaintiff failed to show that the balance of equities tips in his favor or

26   that an injunction is in the public interest.

27        The findings and recommendations were served on Plaintiff and contained notice that any

28   objections to the findings and recommendations were to be filed within twenty-one days.  The

1

1    twenty-one day period has since expired, and as of the date of this order, Plaintiff has not filed

2    objections to the findings and recommendations.

3         In accordance with 28 U.S.C. 636(b)(1)(C) and Local Rule 304, the Court has conducted a

4    de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings

5    and recommendations to be supported by the record and proper analysis.

6         Accordingly, it is **HEREBY ORDERED** that:

7    1.    The findings and recommendations of the magistrate judge filed February 25, 2011,

8          are adopted in full;

9    2.    Plaintiff's October 18, 2010 motion for a temporary restraining order (Doc. 13) is

10         **DENIED**; and

11   3.    Plaintiff's January 5, 2011 motion for a temporary restraining order (Doc. 18) is
          **DENIED**.IT IS SO ORDERED.

12   **Dated:    March 28, 2011**              **/s/ Oliver W. Wanger**
13                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28