IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EDWARDS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MAURICE JUNIOUS, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:10-cv-01456 OWW JLT (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 22) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed February 25, 2011, the Court instructed Plaintiff that to the extent he wished to file an amended complaint, he should do so within thirty days of the date of service of the order. (Doc. 19.) On April 1, 2011, Plaintiff filed a motion for an extension of time to file an amended complaint. (Doc. 22.) Plaintiff explains in his motion that he needs additional time to research his claims. (Id. at 2.)

Good cause appearing, it is **HEREBY ORDERED** that Plaintiff's April 1, 2011 motion for an extension of time to file an amended complaint (Doc. 22) is **GRANTED**. If Plaintiff elects to file an amended complaint, he should do so within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:　**April 4, 2011**　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE