IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EDWARDS, | Case No. 1:10-cv-01456 OWW JLT (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR COPIES AND AN EXTENSION OF TIME |
| vs. | |
| MAURICE JUNIOUS, et al., | (Doc. 26) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On August 29, 2011, Plaintiff filed a motion requesting courtesy copies of any orders issued by the Court as of July 2011 and also an extension of time to respond to those orders. (Doc. 26 at 1-2.) Plaintiff explains that on July 16, 2011 he was transferred to Los Angeles Sheriff's County Jail, and he has not received any of his mail from Lancaster State Prison since his transfer. (Id. at 1.)

The Court has not issued any orders in this case as of July 2011. Accordingly, Plaintiff's August 29, 2011 request for courtesy copies and an extension of time (Doc. 26) is **HEREBY DENIED**.

IT IS SO ORDERED.

Dated:  **August 31, 2011**                                    /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE