IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EDWARDS,<br><br>    Plaintiff,<br><br>    vs.<br><br>MAURICE JUNIOUS, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:10-cv-01456 AWI JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On July 30, 2010, Plaintiff filed his complaint. (Doc. 1) On September 22, 2010, Plaintiff moved the Court for leave to file an amended complaint. (Doc. 11) Before this was decided, Plaintiff filed two more motions to amend the complaint on October 18, 2010 and January 5, 2011. (Docs. 13, 18) The Court granted the motions to amend the complaint on February 25, 2011. (Doc. 19) The Court granted Plaintiff 30 days within which to file the amended complaint. Id. at 4. Rather than filing the amended complaint, on April 1, 2011, Plaintiff sought an extension of time of 30 days to file his amended complaint. (Doc. 22) The Court granted this request on April 5, 2011. (Doc. 23) On May 11, 2011, Plaintiff sought another extension of time to June 4, 2011, to file the complaint. (Doc. 24) Once again, the Court granted this request on May 13, 2011. (Doc. 25) Again, Plaintiff did not file his amended complaint but requested the Court send him copies of all orders issued since the May 13, 2011 order. (Doc. 26) However, because

1  there had been no intervening orders, the Court denied this motion. (Doc. 28) Plaintiff has never
2  filed his amended complaint.
3      Therefore, within 14 days of the date of service of this order, Plaintiff is **ORDERED** to show
4  cause why this matter should not be dismissed.
5      Plaintiff is advised that his failure to comply with this order will result in an order dismissing
6  the action.
7  IT IS SO ORDERED.
8  Dated:  **March 8, 2012**                              /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE